**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. Action No. 10-434(RMB) |
| v. | : | **ORDER** |
| FREDERICK SELLERS | : |  |

For the reasons set forth in the accompanying Opinion:

**IT IS** therefore on this **23rd** day of **January 2018**,

**ORDERED** that Sellers's Rule 60(b) motion (ECF No. 80) is DENIED; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Sellers by U.S. Mail; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

        **s/Renée Marie Bumb**
        **RENÉE MARIE BUMB**
        **United States District Judge**